UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:07-cr-00040-HDM-RAM |
| Plaintiff, | Case No. 2:25-cr-00066-CDS-MDC |
| v. | ORDER |
| JEROME HOLLOWAY, | |
| Defendant. | |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge pursuant to Local Criminal Rule 7-1. Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties. Accordingly, it is hereby ordered that Case No. 2:25-cr-00066-CDS-MDC is reassigned to District Judge Howard D. McKibben, and all future pleadings must bear Case No. 2:25-cr-00066-HDM-MDC.

**IT IS SO ORDERED.**

DATED: This 2nd day of April, 2025.

_____        _____
UNITED STATES DISTRICT JUDGE        UNITED STATES DISTRICT JUDGE

1